IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELLE FERREIRA<br><br>    Plaintiff,<br><br>v.<br><br>SALVASEN HEALTH, BLACKHAWK CLAIMS SERVICES, JOHN DOES 1-10 And XYZ CORPS., 1-10<br><br>    Defendants. | CIVIL ACTION FILE NO. _____<br><br><br><br>[on removal from the Superior Court of New Jersey Law Division Hudson County Docket No.: HUD-L-1103-22] |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Blackhawk Claims Service GA, Inc., a Defendant in the above styled civil action (hereinafter referred to as the "Blackhawk"), within the time prescribed by law, and hereby removes this action from the Superior Court of New Jersey to the United States District Court for the District of New Jersey. In support of this Notice of Removal Defendant Blackhawk avers as follows:

### Procedural History and Plaintiff's Allegations

1.

Plaintiff filed suit against Defendants in the Superior Court of New Jersey (the "State Court Action"), which is within the District of this Court. The State Court Action is styled as is above and the civil action number is No. HUD-L-1103-22.

2.

Defendant Blackhawk is a corporation organized under the laws of the State of Georgia with its principal place of business in the State of Texas. Blackhawk is not a citizen of the State of New Jersey, was not a citizen of the State of New Jersey on the date of filing of the State Court Action, and has not been a citizen of the State of New Jersey thereafter.

3.

Defendant Salvasen Health is a corporation organized under the laws of the State of Texas with its principal place of business in the State of Texas. Salvasen Health is not a citizen of the State of New Jersey, was not a citizen of the State of New Jersey on the date of filing of the State Court Action, and has not been a citizen of the State of New Jersey thereafter.

4.

Plaintiff in the aforesaid State Court Action is and was at all relevant times a resident of Hudson County within the State of New Jersey.

5.

Plaintiff's State Court Action is based upon Defendants' alleged violations of various statutory and common law provisions of New Jersey state law.

6.

As shown in the prayers for relief in the State Court Action Complaint, Plaintiff prays for not less than $200,000 compensatory damages, thereby making the amount in controversy exceeds the sum of $75,000, exclusive of interests and costs. *See,* **Exhibit A.**

## Grounds for Removal

7.

The State Court Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a) and accordingly, is one which may be removed to this Court by Plaintiff or Defendant pursuant to provisions of 28 U.S.C. § 1441(b).

8.

The State Court Action is between citizens of different states as detailed herein.

9.

The amount in controversy in the State Court Action exceeds the sum of $75,000, exclusive of interests and costs.

10.

Accordingly, removal is appropriate under 28 U.S.C. § 1441(b).

11.

The State Court Action is also removable to this Court pursuant to 28 U.S.C. § 1441(a) as Plaintiff's cause of action is a federal question arising under the laws of the United Sates.

12.

Salvasen Health purports to be a benefit plan organized pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"). **Exhibit B** is a letter from Salvasen Health's CEO stating this fact to a state government regulatory agency.

13.

Plaintiff's civil action is "to recover benefits due to him under the terms of his plan, to enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the terms of the plan;" pursuant to § 502(a) of ERISA. 29 U.S.C. § 1132(a)(1)(B).

14.

Section 514 of ERISA provides that ERISA "shall supersede any and all State laws insofar as they may now or hereafter relate to any employee benefit plan. . .". 29 U.S. Code § 1144.

15.

Accordingly, this matter presents a federal question and removal is appropriate under 28 U.S.C. § 1441(a).

**Notice of Removal is Timely, Complete, and Properly Served**

16.

Defendant Blackhawk shows that said State Court Action was instituted in the Superior Court of New Jersey of Hudson County on April 4, 2022 and was served upon Defendant Blackhawk on April 6, 2022.

17.

Pursuant to 28 U.S.C. 1446(b), this Notice of Removal is timely filed within thirty (30) days from the date of service on Defendant Blackhawk.

18.

Defendant has attached hereto copies of all process, pleadings, and orders served upon it in this case, such copies being marked as **Exhibit A**.

19.

Defendant has given written notice of this filing of Notice of Removal to the Plaintiff by notifying Plaintiff's attorney, Ty Hyderally, 33 Plymouth St., Suite 202, Montclair, NJ 07042.

20.

Defendant has filed a written Notice with the Clerk of the Superior Court of New Jersey of Hudson County, a copy of said Notice being attached hereto and made a part hereof.

## Non-Waiver of Defenses

21.

By removing this action from the Superior Court of New Jersey of Hudson County, Defendant does not waive any defenses, available to it.

22.

By removing this action from the Superior Court of New Jersey of Hudson County, Defendant specifically does not waive the defenses of lack of personal jurisdiction and improper venue.

23.

By removing this action from the Superior Court of New Jersey of Hudson County, Defendant does not admit any of the allegations in Plaintiff's Complaint.

WHEREFORE, Defendant Blackhawk prays that the case be removed to the United States District Court of New Jersey.

Respectfully submitted this 5th day of May, 2022.

HURVITZ & WALDMAN LLC

/s/ Mitchell Waldman, Esq.
New Jersey Bar No. 016981986
Email: mwaldman@hurvitzlaw.com
1008 South New Road
Pleasantville, NJ 08232
Telephone: 609-383-2300
Facsimile: 609-383-8333
*Attorneys for Defendant Blackhawk*

OXENDINE LAW GROUP, PC

/s/ John W. Oxendine
John W. Oxendine *(pro hac vice applicant)*
Georgia Bar No. 558155
Email: jwolaw@gmail.com

/s/ Ivy A. Oxendine
Ivy A. Oxendine *(pro hac vice applicant)*
Georgia Bar No. 952891
Email: ivyoxendine71@gmail.com
4370 Peachtree Road, N.E.
First Floor
Atlanta, Georgia 30319
Telephone: (404) 734-5738
Facsimile: (404) 521-4834
*Attorneys for Defendant Blackhawk*