

Exhibit B

SALVASEN HEALTH
PO BOX 691247
HOUSTON, TX 77269
PHONE: 1-877-707-1442

State of Wisconsin
Office of the Commissioner of Insurance
Market Regulation and Enforcement
125 South Webster Street
P.O.Box 7873
Madison, WI 53707-7837

RE: OCI Legal File 21-C44271
Attn: Lauren Van Buren

Dec. 10, 2021

Dear Ms. Van Buren:

We are writing in acknowledgement of your correspondence received in our office on December 6, 2021 regarding legal file 21-C44271 Order.

This email is to contest that order as outlined in your letter requesting a formal hearing. Please see the following information:

1. Barry Glenn, 10713 W. Sam Houston N STE 100, Houston, TX 77064
2. Date of Petition: 12/10/2021, Order # 21-C44271
3. Per the information required in your order please note the following:

    a. The product offered through Salvasen Health was issued via ERISA to members of Associations as permitted by the Texas Data Marketing Partners ruling on September 28, 2020. Civil Action No. 4:19-cv-00800-O
    b. Salvasen Health created the plans and provided them to downline MGA's to be offered through their association members. Salvasen notified the downline MGA's to cease sales as of the end of May 2021.
    c. Salvasen Health has proactively been self-reporting to the departments of insurance and has voluntarily self-reported to MAWG and will be presenting to MAWG at the NAIC meeting on 12/11/2021.
    d. Salvasen Health has continued to service the members and process claims. They also hired an independent outside auditor to audit the claims process.
    e. Salvasen Health has taken the letter provided by the department (Attachment 1) and sent to all active remaining members (61 policies). This was sent via email on Wednesday 12/8/2021 and will be sent via USPS mail in the following 10 days.

Salvasen Health would like to request a meeting with the department to provide pertinent information to the department and request clarification of the department's expectations as to #2 of the consent order.

Best Regards,

*Barry Glenn*

Barry Glenn
Salvasen Health