IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELLE FERREIRA<br><br>    Plaintiff,<br><br>v.<br><br>SALVASEN HEALTH, BLACKHAWK CLAIMS SERVICES, JOHN DOES 1-10 And XYZ CORPS., 1-10<br><br>    Defendants. | )<br>)<br>)  CIVIL ACTION FILE<br>)  NO. 2:22-cv-2648<br>)<br>)<br>)<br>)  **NON-GOVERNMENTAL**<br>)  **CORPORATE DISCLOSURE**<br>)<br>)<br>)  [on removal from the Superior Court of<br>)  New Jersey Law Division Hudson<br>)  County Docket No.: HUD-L-1103-22] |

    The undersigned counsel for defendant Blackhawk Claim Services, certifies that this party is a non-governmental corporate party and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

                                                               HURVITZ & WALDMAN, LLC

                                                               _____
                                                               Mitchell Waldman, Esquire
                                                               Attorney for Defendant Blackhawk Claims
                                                               Services