**MORITT HOCK & HAMROFF LLP**
1407 Broadway, Suite 3900
New York, NY 10018
Tel: (212) 239-2000
Fax: (212) 239-7277
James P. Chou, Esq.
Jchou@moritthock.com

*Attorneys for Defendant Salvasen Health*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELLE FERREIRA )<br><br>       Plaintiff, )<br>)<br>V. )<br>)<br>SALVASEN HEALTH, )<br>BLACKHAWK CLAIMS )<br>SERVICES, JOHN DOES 1-10 And )<br>XYZ CORPS., 1-10 )<br>)<br>       Defendants. ) | CIVIL ACTION FILE<br>NO. 2:22-cv-02648-MCA-MAE<br><br>Motion Day: July 18, 2022<br><br>**ORAL ARGUMENT REQUESTED**<br><br>*DOCUMENT ELECTRONICALLY FILED* |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that on July 18, 2022 at 9:00 a.m., or such other date and time set by the Court, Defendant Salvasen Health shall move this Court, before the Honorable Madeline Cox Arleo, U.S.D.J., in Room MLK 4A, Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, N.J., 07101, for an Order dismissing Plaintiff's Michelle Ferreira's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(6), 9(b) with prejudice for lack

Page **1** of **2**

2999425v1

of personal jurisdiction and failure to state a claim upon which relief can be granted, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Salvasen Health will rely upon the accompanying Brief in support with all pleadings on file in this matter. A Proposed Order is also submitted herewith.

Dated: New York, New York
      June 20, 2022

                    MORITT HOCK HAMROFF LLP

                    /s/ James P. Chou
                    James P. Chou, Esq.
                    Peter B. Zlotnick (*pro hac* admission pending)
                    Alexander Litt (*pro hac* admission pending)
                    1407 Broadway, 39th Floor
                    New York, NY 10018
                    Email: jchou@moritthock.com
                    Tel: (212) 239-2000
                    Facsimile: (212) 239-7277
                    *Attorneys for Defendant Salvasen Health*