**Ty Hyderally, Esq. (ID#023231993)**
**Hyderally & Associates, P.C.**
33 PLYMOUTH STREET, SUITE 202
MONTCLAIR, NEW JERSEY 07042
TELEPHONE (973) 509-8500
FACSIMILE (973)509-8501
*Attorneys for Plaintiff, Michelle Ferreira*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICHELLE FERREIRA,**<br><br>**PLAINTIFF,**<br><br>**VS.**<br><br>**SALVASEN HEALTH, BLACKHAWK CLAIMS SERVICES, JOHN DOES 1-10, AND XYZ CORPS. 1-10,**<br><br>**DEFENDANTS.** | **Hon. Madeline Cox Arleo**<br><br>**Civil Action No.: 2:22-cv-02648-MCA-AME**<br><br>NOTICE OF DISMISSAL AGAINST DEFENDANT BLACKHAWK CLAIMS SERVICES |

Plaintiff, Michelle Ferreira hereby dismisses all claims in the above-referenced matter against Defendant Blackhawk Claims Services, with prejudice.

Dated: June 15, 2023

**HYDERALLY & ASSOCIATES, P.C.**

By: _Francine Foner_

Francine Foner, Esq.
33 Plymouth Street, Suite 202
Montclair, NJ  07042
(973) 509-8500 Ext. 206
ff@employmentlit.com
*Attorneys for Plaintiff*

T:\Ferreira Michelle and Calisto Pedro\Pleadings\061523.Notice of Dismissal.docx