# HYDERALLY & ASSOCIATES P.C.

Ty Hyderally, Esq. NJ, NYS, NYE

Francine Foner, Esq. NJ, NY, NYS, NYE
Jennifer Vorih, Esq. NJ, CA
Nisha S. Talati, Esq. NJ

OF COUNSEL
Edward F. Westfield, Esq. NY
Vanessa Castellina, Esq. NJ, NY

LITIGATION ASSISTANT
Lorena Meza

33 PLYMOUTH STREET
SUITE 202
MONTCLAIR, NJ 07042
P (973) 509-8500
F (973) 509-8501

REPLY TO MONTCLAIR

NEW YORK ADDRESS
3 WEST 35th STREET - 6th FLOOR
NEW YORK, NY 10001
P (646) 423-5051
F (646) 607-9300

MEMBER OF NEW JERSEY BAR NJ
MEMBER OF NEW YORK BAR NY
MEMBER OF CALIFORNIA BAR (INACTIVE) CA
MEMBER OF NEW YORK SOUTHERN DISTRICT BAR NYS
MEMBER OF NEW YORK EASTERN DISTRICT BAR NYE

August 7, 2023

Writer's Ext. 206
ff@employmentlit.com

**VIA ECF**
The Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
50 Walnut Street
Newark, NJ 07102

**Re:    Michelle Ferreira v. Salvasen Health** *et al.*
**Docket No.: 2:22-cv-2648-MCA-AME**
**Our File No.: 3539**

Dear Judge Cox Arleo:

Our office represents Plaintiff, Michelle Ferreira, in the above-referenced matter. We are writing to respectfully request a 30-day extension of the 60-day Order that was entered by Your Honor in this matter. Defendant Salvasen Health and Plaintiff have agreed upon the terms of a settlement in principle, but Defendant is in need of additional time to obtain all approvals on the final form of agreement.

We thank the Court in advance for its continued courtesies.

Respectfully submitted,
HYDERALLY & ASSOCIATES, PC

*Francine Foner*

FRANCINE FONER, ESQ.
*for the Firm*

8/9/23
**SO ORDERED.**

**s/ Madeline Cox Arleo**
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**

cc:    Alex Litt, Esq. (via ECF)

T:\Ferreira Michelle and Calisto Pedro\Correspondence\080723.Judge Cox Arleo.doc

W WWW.EMPLOYMENTLIT.COM    P (973) 509-8500